AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

| | | |
|---|---|---|
| STAR POWELL | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    2:25-cv-11252-MAG-EAS |
| MSI CREDIT SOLUTIONS, LLC | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:      The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

STAR POWELL                                                                                              .

Date:      04/30/2025

s:/ Ahmad T. Sulaiman
*Attorney's signature*

Ahmad T. Sulaiman #6279456
*Printed name and bar number*

2500 S. Highland Ave., Ste. 200, Lombard, IL 60148
*Address*

ahmad.sulaiman@sulaimanlaw.com
*E-mail address*

(630) 575-8181
*Telephone number*

(630) 575-8188
*FAX number*